UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**JOSE H. DAVILA MEDINA,**
Plaintiff,

                                         **CIVIL NO. 04-2219(DRD)**

     **v.**

**ACCION SOCIAL DE PUERTO RICO, INC., et als.,**
Defendants.

| MOTION | RULING |
|---|---|
| **Date:** 07/6/05<br>**Filed:** 07/6/05<br>[X] **Plff**    [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>**(Docket No. 21)** | **GRANTED**. Plaintiff in the instant case filed a notice of voluntary dismissal. It also requests that said dismissal be without prejudice. The Court hereby **GRANTS** plaintiff's request and **DISMISSES WITHOUT PREJUDICE** all claims against defendant in the instant case pursuant to Fed.R.Civ.P. 41(a)(2). Each party shall bear its own costs and expenses.<br><br>Judgment will be issued accordingly. |

**Date**:  July 13, 2005

                                               S/ Daniel R. Dominguez
                                              **DANIEL R. DOMINGUEZ**
                                              **U.S. DISTRICT JUDGE**